RECEIVED RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
OCT 2 4 2005 DATE 11, 29, 05

SHEMWELL, CLERK
DISTRICT OF LOUISIANA
LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE-OPELOUSAS DIVISION

| RONALD XAVIER COLLINS | CRIMINAL NO. 99-20029-01 |
| | CIVIL ACTION NO. 05-0835 |
| VS. | JUDGE MELANÇON |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Findings and Recommendation. After an independent review of the record and noting the absence of objections filed by the parties, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Ronald Xavier Collins's §2255 motion is **DENIED AND DISMISSED WITH PREJUDICE**.

Thus done and signed this ___23rd___ day of ___November___, 2005 at Lafayette, Louisiana.

TUCKER L. MELANCON
United States District Judge

COPY SENT
DATE 11/29/05
BY
TO